AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Furgeson, William R | 2. Court or Organization USDC/Texas Western | 3. Date of Report 07/10/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) active-Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address 655 E. Durango Courtroom Four San Antonio, TX 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Federal Judges Association |
| 2. Member, Council | Litigation Section of the State Bar of Texas |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 JUL 17 A 10: 51
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 07/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed lawyer until 01/31/2005 and now works for a trust. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. State Bar of Texas | Houston, TX, April 7, contract seminar-professional assoc. (airfare, taxi) |
| 2. Federal Judges Association | Washington, DC, May 14-16, board meeting-professional assoc. (airfare, taxi, meal) |
| 3. State Bar of Texas, Litigation Section | Dallas, TX, June 23-24, contract seminar-professional assoc. (airfare, parking) |
| 4. State Bar of Texas, Litigation Section | Lubbock, TX, Oct. 21, contract seminar-professional assoc. (airfare) |
| 5. University of Texas School of Law | Austin, TX, Oct. 27-28, contract seminar-professional assoc. (car rental, mileage, parking) |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 07/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 07/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Accts.-Judge | | None | J | T | | | | | |
| 2. Oaks Bank Acct. | | None | J | T | Closed | 11/09 | J | A | |
| 3. Wells Fargo Asset Mgmt. Acct. | A | Interest | J | T | Sold | 11/09 | J | A | |
| 4. USAA Brokerage Svc. Acct. #1-Judge | | | | | | | | | |
| 5. Tax Exempt Intrmed.-Term Fund | A | Dividend | J | T | Sold | 11/16 | J | A | |
| 6. USAA Brokerage Svc. Acct. #2- | | | | | | | | | |
| 7. -Growth & Income Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 8. -High Yield Opp. Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 9. -S&P 500 Index FUnd Mem.Shares | A | Dividend | J | | Buy | 05/02 | J | | |
| 10. -Tax Exempt Intermed.-Term Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 11. -Tax Exempt Money Mkt. Fund | A | Dividend | J | T | Buy | 05/02 | J | | |
| 12. -Tax Exempt Short-Term Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 13. -Value Fund | A | Dividend | J | T | Buy | 05/02 | J | | |
| 14. USAA Bank Acct.-Judge | | None | J | T | | | | | |
| 15. Trust Account #1 | | | | | | | | | |
| 16. -USAA GNMA Trust (misidentified as USAA Delayed Quote 2003) | A | Dividend | J | T | | | | | |
| 17. -USAA Growth & Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 07/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -USAA Income Fund | A | Dividend | J | T | | | | | |
| 19. -USAA Intermed.=Term Bond Fund | B | Dividend | K | T | | | | | |
| 20. -USAA Mnoey Market Fund | A | Interest | J | T | Sold | 05/02 | J | A | |
| 21. -USAA S&P 500 Ind. Fund Mem.Sh. | A | Dividend | K | T | Sold | 05/02 | ·J | A | |
| 22. -USAA Short-Term Bond Fund | A | Dividend | L | T | Buy | 05/02 | | | |
| 23. -USAA High Yield Opportunities Fund | A | Dividend | J | T | | | | | |
| 24. Trust Account #2-▮ | | | | | | | | | |
| 25. -USAA GNMA Trust (misidentified as USAA Delayed Quote-2003) | A | Dividend | K | T | | | | | |
| 26. -USAA Growth & Income Fund | A | Dividend | K | T | Sold | 05/02 | K | A | |
| 27. --USAA Income Fund | A | Dividend | K | T | Sold | 05/02 | K | A | |
| 28. -USAA Intermed.-Term Bod Fund | A | Dividend | L | T | Sold | 05/02 | K | A | |
| 29. -USAA Money Market Fund | A | Interest | J | T | | | | | |
| 30. -USAA S&P 500 Ind. Fnd. Mem.Sh. | A | Dividend | K | T | Sold | 05/02 | K | A | |
| 31. -USAA Short-Term Bond Fund | A | Dividend | M | T | | | | | |
| 32. -USAA High Yield Opportunities Fund | A | Dividend | J | T | Sold | 05/02 | J | A | |
| 33. Trust Account #3-▮ | | | | | | | | | |
| 34. -Am. Mutual Fund, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Section VII, items listed on lines 3, 7-13, 15-41 and 43-46 are separate property that reporting person is handling but has no financial interest.

Under Section VII, the item listed on line 42 was the law partnership ████████ of the reporting person. On January 31, 2005, said ████ terminated her partnership with ████████ and took a position with a trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 07/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date  07/10/06

NOTE: ANY I████████████████████████████ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544